# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BARBARA FEHER, et al.,**

    v.

**XTO ENERGY, INC., et al,**

**Case No. 2:23-cv-557**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

---

**BARBARA FEHER, et al.,**

    v.

**XTO ENERGY, INC., et al,**

**Case No. 2:18-cv-558**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter was reported settled on June 16, 2023.  The Court has, therefore, **DENIED AS MOOT** Defendant's motion to compel arbitration.  (ECF No. 5.)  The parties, however, have failed to file the anticipated stipulation of dismissal.  The Court hereby **ORDERS** the parties to file the stipulated dismissal or a status report within ten (10) days of the date of this order.  If necessary, the parties may ask the Court to restore the motion to compel arbitration to the active docket.

    **IT IS SO ORDERED.**


**8/28/2023**                     s/Edmund A. Sargus, Jr.
**DATE**                             **EDMUND A. SARGUS, JR.**
                                      **UNITED STATES DISTRICT JUDGE**